BROOKLYN TRUST COMPANY, Respondent, v. BERTHA E. SCHUNDLER and HANS O. SCHUNDLER, Appellants.— Motion for reargument or for leave to appeal to the Court of Appeals denied, without costs. Present — Mills, Putnam, Blackmar, Kelly and Jaycox, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. WALLASTON REALTY COMPANY, Respondent, v. CHARLES L. CRAIG, as Comptroller of the City of New York, Appellant.— Motion for leave to appeal to the Court of Appeals granted. If the order appealed from is final, no questions are necessary to be certified, but the Appellate Division certifies that in its opinion a question of law is involved which ought to be reviewed by the Court of Appeals. Present — Mills, Putnam, Blackmar, Kelly and Jaycox, JJ. Settle order on notice before Mr. Justice Putnam.

GEORGE L. SKINNER, etc., as Superintendent of Banks, etc., Respondent, v. DAVID A. SULLIVAN, Defendant, Impleaded with HOME BANK OF BROOKLYN and WILLIAM A. MAIN, Appellants, and Others, Defendants.— Motions denied, without costs. Present — Mills, Rich, Putnam, Blackmar and Kelly, JJ.

WILLIAM O. BARTON, Respondent, v. ISIDOR HYMAN and HERMAN HYMAN, Appellants.— Order granting extra allowance reversed, without costs. Judgment modified by deducting the amount of the extra allowance, and as thus modified the judgment and order denying motion for a new trial are unanimously affirmed, without costs in this court. No opinion. Present — Rich, Putnam, Blackmar, Kelly and Jaycox, JJ.

ALFRED CAVALLARO, Respondent, v. THEODORE SATTLER and WALTER E. SATTLER, Appellants.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Rich, Putnam, Blackmar, Kelly and Jaycox, JJ.